# UNITED STATES BANKRUTPCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

IN RE:
VERNON MARTIN
    Debtor(s)                      Case No.: 18-21888

## AGREED IMMATERIAL MODIFICATION
## OF PLAN AND ORDER

Comes now debtor, by counsel, and Paul Chael, Standing Trustee, on the above-captioned Chapter 13 case, and show the Court that the debtor filed a Chapter 13 plan.

IT IS HEREBY AGREED by and between the debtor and the Trustee that the Plan should be modified as follows:

Indiana Department of Revenue shall have an allowed general unsecured claim of $133.70 paid at the same rate as other general unsecured claims with 0% interest and a priority claim of $1338.87 which shall be paid at the same rate as other priority claims with 0% interest and a secured claim of $2,189.50 which shall be paid at the same rate as other secured claims with 3% interest.

The Court having examined said stipulated modification of the plan, and being duly advised in the premises finds that said proposed modification does not material change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the plan, and that said proposed Immaterial Modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the plan, as the case may be, is deemed to have accepted the plan as modified.
    SO ORDERED.

                                              _____
                                              JUDGE, U.S. BANKRUTPCY COURT

                                              DATE: _____

EXAMINED AND APPROVED:

_____
Paul R. Chael, Trustee, 401 West 84th Drive, Suite C, Merrillville, IN 46410

/s/ Kenneth Fugate
Kenneth L. Fugate, Attorney for Debtor, 7225 E. Ridge Road, Hobart, In 46342